USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS J. ROSARIO-SANTIAGO,

                Plaintiff,

    - against -

MR. W.S. PLILER,

                Defendant.
------------------------------------------------------------X

21-CV-3202 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Having reviewed the parties' briefs, the Court would find it useful to receive a reply from the Respondent to Petitioner's brief filed on September 27, 2021 at Dkt. 11. Accordingly, Respondent shall file a reply brief by **February 21, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 18, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Luis J. Rosario-Santiago
ID: 35803069
FCI - Otisville
P.O. Box 1000
Otisville, NY 10963

1