**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUIS J. ROSARIO-SANTIAGO,

                Petitioner,                              21 **CIVIL** 3202 (JPC)(RWL)

        -against-                                         **JUDGMENT**

MR. W.S. PLILER, Warden,

                Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2022, the Report and Recommendation is adopted in its entirety and Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 is denied. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
           July 29, 2022

                                                                **RUBY J. KRAJICK**
                                                                   **Clerk of Court**
                                  **BY:**      *K. Mango*
                                                                     **Deputy Clerk**